The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR95-734TSZ |
| Plaintiff, | |
| v. | [PROPOSED] |
| | ORDER OF DISMISSAL |
| ESPERANZA LOMBERA, | |
| Defendant. | |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to fugitive Esperanza Lombera, Defendant.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned defendant are dismissed, without prejudice.

//

//

//

Order of Dismissal -- 1
*United States v. Lombera*, CR95-734TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The outstanding warrant shall be quashed.

2    DATED this _____ day of _____, 2022.

3

4                                    _____

5                                    THOMAS S. ZILLY
                                     United States District Court Judge
6

7

8    Presented by:

9    s/ Vincent T. Lombardi

10   VINCENT T. LOMBARDI
     Assistant United States Attorney
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Order of Dismissal -- 2
*United States v. Lombera*, CR95-734TSZ